

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Kathryn Denise McDuff,        * From the County Court at Law No. 2
of Taylor County,
Trial Court No. 2-917-23.

Vs. No. 11-24-00219-CR        * September 26, 2024

The State of Texas,        * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.